UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | CIVIL NO. 3:12-cv-01002 |
| v.  ) | |
| ) | JUDGE TRAUGER |
| TAURUS MODEL PT24/7 PRO .40  ) | |
| CALIBER PISTOL, SERIAL NUMBER  ) | |
| SCW26844,  ) | |
| ) | |
| Defendant.  ) | |

## ENTRY OF DEFAULT

It appearing that the Verified Complaint *In Rem* was filed in this case on October 1, 2012, that the Verified Complaint *In Rem*, and Summons and Warrant for Arrest *In Rem* were duly served upon the Taurus Model PT24/7 Pro .40 Caliber Pistol, Serial Number SCW26844 ("Defendant Property") on October 22, 2012; that the Verified Complaint *In Rem* and Notice of Judicial Forfeiture Proceedings was sent to Alexis Jones by certified mail and regular mail on October 15, 2012; that the direct notice of judicial forfeiture sent to Alexis Jones via certified mail was returned to sender as unclaimed on December 3, 2012, but the direct notice sent to Alexis Jones via regular was not returned; that publication of the Notice of Judicial Forfeiture Proceedings was made online at www.forfeiture.gov, the official internet government forfeiture site, for 30 consecutive days beginning on October 3, 2012 and ending on November 1, 2012; that no person or entity has made a Verified Claim to the Defendant Property or otherwise appeared in this action; and that Alexis Colleen Jones is not in the military service of the United States, within the meaning of the War and National Defense Servicemembers Civil Relief Act;

THEREFORE, upon motion of the Plaintiff, default is hereby entered as to the Defendant Taurus Model PT24/7 Pro .40 Caliber Pistol ("Defendant Property") against Alexis Jones and all persons and entities who may have an interest in Defendant Property, as provided in Rule 55(a), Federal Rules of Civil Procedure.

Entered this 31st day of December, 2012.

KEITH THROCKMORTON, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

 s/ Keith Throckmorton
 Clerk