Motion GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL NO. 3:12-cv-01002 |
| v. ) | |
| ) | JUDGE TRAUGER |
| TAURUS MODEL PT24/7 PRO .40 ) | |
| CALIBER PISTOL, SERIAL NUMBER ) | |
| SCW26844, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR DEFAULT JUDGMENT AND FOR ENTRY OF ORDER OF FORFEITURE

Comes the United States of America, by and through Jerry E. Martin, United States Attorney for the Middle District of Tennessee and Debra Teufel Phillips, Assistant United States Attorney for the Middle District of Tennessee, and moves this Court to extinguish any and all interest, right, liens or title that Alexis Jones and all other persons and entities who may claim to have an interest in the Defendant Property, and pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure enter a Default Judgment and Order of Forfeiture as to Alexis Jones and all other persons and entities who may claim to have an interest in the Defendant Property in the above-captioned case.

A Memorandum in Support of the Motion for Default Judgment and Entry of Order of Forfeiture is filed contemporaneously herewith. Additionally, a proposed Default Judgment and